*Margin notes:*

Eastern Dist.
*June,* 1835.

RODNEY ET AL.
*vs.*
DIXON.

Where a mortgage was given to secure endorsements, to a certain specified amount, which are soon afterwards made, and it is proved that new notes are taken in renewal of the original ones, with the same endorsement: *Held,* that the endorser can claim the benefit of the mortgage, to secure the payment of the new notes, over ordinary creditors.

---

## RODNEY ET AL. *vs.* DIXON.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF
NEW-ORLEANS.

The Code of Practice, article 583, requires the appeal to be made returnable to the next term of the Supreme Court, after it is taken.

So, an appeal granted the 30th March, and citation served the next day, which was made returnable to the *first* Monday in May, was dismissed. It should have been taken to the *next* or April term.

EASTERN DIST.    The facts and dates, in obtaining and taking up this
*June, 1835.*    appeal, are fully and correctly stated in the opinion of the

RODNEY ET AL.   court.
*vs.*
DIXON.

Benjamin, for the appellees, moved to dismiss the appeal
in this case, on the ground, that it was not made returnable
to the proper term of the Supreme Court. Code of Practice,
583. Petit et al. *vs.* Drane, *ante* 218.

Jackson, contra.

The Code of        *Martin, J.,* delivered the opinion of the court.
Practice, arti-
cle 583, requires     The plaintiff and appellee has prayed the dismissal of the
the appeal to be
made returnable appeal in this case, on the ground of its having been made
to the next term
of the Suprme returnable on the *first* Monday of May, although granted
Court, after it is
taken.           the 30th of March, preceding. The citation of appeal was

So, an appeal actually served on the next day, which was the 31st day of
granted the 30th
March, and ci-  March.
tation served the
next day, which       This case cannot be distinguished from that of Petit et al.
was made re-
turnable to the *vs.* Drane, *ante* 218, lately decided by this court.
*first* Monday in
May, was dis-       The Code of Practice, article 583, requires the appeal to
missed. It should
have been taken be made returnable to the *next term* of the Supreme Court.
to the *next* or
April term.     The present appeal, ought, therefore, to have been made
                returnable to the *next* or April term.

It is, therefore, ordered, adjudged and decreed, that the
appeal be dismissed, with costs.